## APRIL 4, 2011

No. 10–8943.  JONES *v.* SUPREME COURT OF THE UNITED STATES ET AL.  C. A. D. C. Cir.  Because the Court lacks a quorum, 28 U. S. C. § 1, and since the qualified Justices are of the opinion that the case cannot be heard and determined at the next Term of the Court, the judgment is affirmed under 28 U. S. C. § 2109, which provides that under these circumstances "the court shall enter its order affirming the judgment of the court from which the case was brought for review with the same effect as upon affirmance by an equally divided court."  THE CHIEF JUSTICE, JUSTICE SCALIA, JUSTICE KENNEDY, JUSTICE THOMAS, and

JUSTICE BREYER took no part in the consideration or decision of this petition.